ct157  10/2019

# United States Bankruptcy Court
## District of Connecticut



In re:

Xuedong Liu

Danyi Qian

Debtor*

Case Number: 20-20296

Chapter: 7

## ORDER APPROVING APPLICATION TO EMPLOY

Pursuant to 11 U.S.C. §§ 327 and/or 328, Anthony S. Novak, Trustee (the "Applicant"), filed an Application to Employ Lisa Barall-Matt of Coldwell Banker Realty as Real Estate Broker on March 20, 2020, (ECF No. 11). After notice and a hearing, it is hereby

**ORDERED:** The Application to Employ Lisa Barall-Matt of Coldwell Banker Realty as Real Estate Broker is APPROVED; and it is further

**ORDERED:** Any professional employed in this case who has received or will receive a retainer for services rendered is not authorized to use any retainer funds unless and until an Application for Compensation is filed and approved by this Court; and it is further

**ORDERED:** The allowance and payment of compensation of reasonable fees and reimbursement for actual, necessary expenses are subject to further order of the Court in accordance with 11 U.S.C. §§ 328, 330 and/or 331.

Dated:   April 30, 2020

BY THE COURT

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

* For the purposes of this order, "Debtor" means "Debtors" where applicable.